IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Act. No. 06-119 |
| FRANCIS R. MITCHELL, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about April 14, 1999, in the District of Delaware, Francis R. Mitchell, then a resident of New Castle County, Delaware, did willfully make and subscribe an individual federal income tax return, Form 1040, for the calendar year 1998, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 stated that his total income was $230,251, whereas, as he then and there well knew and believed, his total income was substantially higher, to wit, about $422,597, in violation of Title 26, United States Code, Section 7206(1).

### COUNT TWO

On or about September 18, 2000, in the District of Delaware, Francis R. Mitchell, then a resident of New Castle County, Delaware, did willfully make and subscribe an individual federal income tax return, Form 1040, for the calendar year 1999, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form

FILED

OCT 25 2006

1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 stated that his total income was $188,418, whereas, as he then and there well knew and believed, his total income was substantially higher, to wit, about $398,572, in violation of Title 26, United States Code, Section 7206(1).

                                                      COLM F. CONNOLLY
                                                      United States Attorney

                                       BY: *[signature: Richard G. Andrews]*
                                                      Richard G. Andrews
                                                      First Assistant U.S. Attorney

Dated: *October 25, 2006*