USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____    DISTRICT OF    DELAWARE

UNITED STATES OF AMERICA
V.
FRANCIS R. MITCHELL

CRIMINAL NUMBER: 06-119-GMS

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Francis R. Mitchell, defendant, have been informed that an (~~indictment~~, information, ~~complaint~~) is pending against me in the above designated cause. I wish to plead guity to the offense charged, to consent to the disposition of the case in the Middle District of Florida in which I, Francis R. Mitchell, am present and to waive trial in the above captioned District.

Dated: NOV. 7TH 2006 at 4 PM

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

Carolyn J. Adams
United States Attorney for the
Assistant U.S. Attorney, Chief of the
Middle    Orlando Division
_____ District of
Florida

John F. Connolly
United States Attorney for the
_____ District of
Delaware