OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

December 7, 2006

Clerk of Court
U.S. District Court
Middle District of Florida
George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

    Re: United States v. Francis Mitchell;
        Case No. CR 06-119-GMS / USDC/DE

Dear Clerk:

    Enclosed please find the original **Rule 20** Transfer Order and the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Keith J. Kincaid
Deputy Clerk

/kjk
enclosure
cc: Judge Gregory M. Sleet
    File

I hereby acknowledge receipt of the record in the above referenced case on ___12/13/06___
                                    (date)

_____
    Signature

_____
    Title — Deputy Clerk

FILED
DEC 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE